FRIEDRICH MAGDEBURG, Appellant, v. ANNA GRAMCKO, as Executrix of MARIE MAGDEBURG, Deceased, Respondent, Impleaded with Another.

*Magdeburg* v. *Dry Dock Savings Institution,* 147 App. Div. 652, appeal dismissed.

(Argued March 18, 1912; decided March 26, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1911, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to determine title to a certain savings bank deposit.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact were supported by the evidence, and that no questions of law were raised that could be reviewed by the Court of Appeals.

*Charles E. Travis* for motion.

*August P. Wagener* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.